WORLD INSURANCE CO. *v.* BETHEA, ADMINISTRATRIX.

No. 510.   Decided December 9, 1957.

*Harold D. Cohen* for appellant.

*W. Arlington Jones* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

SEATRAIN LINES, INC., *v.* UNITED STATES ET AL.

No. 522.   Decided December 9, 1957.

*S. S. Eisen* and *Raoul Berger* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles W. Weston, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, and *Warren Price, Jr.* for the Pan-Atlantic Steamship Corporation, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.